UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| MELISSA SWIFT | CIVIL ACTION |
|---|---|
| VERSUS | NUMBER: 07-8607 |
| CROWLEY MARINE SERVICES, INC. | SECTION: "M" - (2) |
| | JUDGE: PETER BEER |
| | MAGISTRATE JUDGE: JOSEPH C. WILKINSON, JR. |

### ORDER

Considering the Joint Motion to Dismiss;

IT IS ORDERED, ADJUDGED AND DECREED that the Complaint be, and the same is hereby dismissed, with prejudice, as of compromise, each party to bear its respective costs of Court.

IT IS FURTHER ORDERED that the terms of the Release attached to the Motion be incorporated by reference herein and become the terms and conditions of this Order, and further, that this Court shall retain jurisdiction to enforce the terms of the Release, as such terms are expressly made part of this Order. See *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424, 430-34 (5th Cir. 2002).

New Orleans, Louisiana, this 10th day of December, 2008.

_____
UNITED STATES DISTRICT JUDGE

NO.99903214.1